**By ECF**                                                                                                    May 17, 2017

Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 1305
New York, NY 10007

    Re:   *In re Interest Rate Swaps Antitrust Litigation*,
           16-md-2704 (PAE)

Dear Judge Engelmayer:

    Counsel for the parties submit this joint letter pursuant to Order No. 7, which directs counsel to submit a letter identifying the lawyers whom each side expects to argue and the sequence in which they will speak.

    Defendants expect that the following lawyers will speak in the following order on the following topics:

1. Robert Wick (*Twombly* plausibility issues)
2. Lawrence Buterman ("efficient enforcers" antitrust standing)
3. Kenneth Gallo (implied preclusion and statute of limitations)
4. Michael Garvey (Tradeweb's arguments)
5. Jon Roellke (ICAP defendants' arguments)
6. Andrew Marovitz (HSBC defendants' arguments)
7. Marshall Fishman (BNPP defendants' arguments)
8. David Bohan (UBS defendants' arguments)

    In addition to the topics identified above, counsel for each individual defendant will stand ready to address the circumstances of their individual clients as appropriate.

    Plaintiffs expect that the following lawyers will speak in the following order on the following topics:

1. Steig D. Olson (Plausibility and Standing)
2. Sascha Rand (Preemption and Statute of Limitations)
3. Tom Ogden (arguments concerning Tera and Javelin)

Honorable Paul A. Engelmayer
May 17, 2017
Page 2

Respectfully submitted,

| s/ Daniel L. Brockett (on consent)[1] | s/ Robert D. Wick |
|---|---|
| Daniel L. Brockett on behalf of Counsel for Plaintiffs | Robert D. Wick on behalf of Counsel for Defendants |

cc: All Counsel—by ECF

---

[1] The parties use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.