USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
IN RE:

INTEREST RATE SWAPS ANTITRUST LITIGATION

*This Document Relates to All Actions*
------------------------------------------------------------------- X

16-MD-2704 (PAE)
16-MC-2704 (PAE)

ORDER NO. 19

PAUL A. ENGELMAYER, District Judge:

At the initial conference in this multi-district litigation, held on July 26, 2016, the Court advised counsel of its intention, once discovery commenced, to have a monthly telephone conference with counsel. The Court held the first such conference Friday, November 17, 2017, at 8 a.m., the second such conference Friday, December 15, 2017, at 9 a.m., and the third such conference Friday, January 26, 2018, at 9 a.m.

The Court hereby schedules the fourth such conference for Friday, February 23, 2018, at 8:30 a.m. The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call. Although other counsel on the case are of course welcome to audit the call, the Court expects that no more than three lawyers per side will participate on the call. The Court directs that, two days prior to the call, counsel submit a brief joint letter summarizing recent developments in the case and identifying the call participants for each side.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 29, 2018
       New York, New York