UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
IN RE:                                                             :
                                                                   :   16-MD-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION    :   16-MC-2704 (PAE)
                                                                   :
*This Document Relates to All Actions*              :   ORDER NO. 20
------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

A telephone conference is currently scheduled for Friday, February 23, 2018, at 8:30 a.m.

The Court hereby reschedules that phone conference for 9 a.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 22, 2018
       New York, New York