USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **2/23/2018**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

IN RE:
                                              16-MD-2704 (PAE)

INTEREST RATE SWAPS ANTITRUST LITIGATION   :      16-MC-2704 (PAE)

*This Document Relates to All Actions*              :      <u>ORDER NO. 21</u>

-------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

At the initial conference in this multi-district litigation, held on July 26, 2016, the Court advised counsel of its intention, once discovery commenced, to have a monthly telephone conference with counsel. The Court held the first such conference Friday, November 17, 2017, at 8 a.m., the second such conference Friday, December 15, 2017, at 9 a.m., the third such conference Friday, January 26, 2018, at 9 a.m., and the fourth such conference Friday, February 23, 2018, at 9 a.m.

The Court hereby schedules the fifth such conference for Monday March 19, 2018, at 9 a.m. The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call. Although other counsel on the case are of course welcome to audit the call, the Court expects that no more than three lawyers per side will participate on the call. The Court directs that, two days prior to the call, counsel submit a brief joint letter summarizing recent developments in the case and identifying the call participants for each side.

As explained on the record at the conference held February 23, 2018, the Court directs that defendants file their brief in opposition to plaintiffs' motion to file a third amended complaint, Dkt. 336, by Friday, March 30, 2018. The Court does not invite or authorize a reply.

Further, as explained on the February 23 conference call, the Court orders that the parties' outstanding disputes as to search terms must be resolved by March 7, 2018. To the

extent any remaining dispute as to search terms requires the Court's intervention, the Court

orders the parties to submit a joint letter by March 9, 2018 describing the outstanding issues in

sufficient detail to allow for judicial resolution.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: February 23, 2018
       New York, New York