UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
IN RE:                                                              :
                                                                    :   16-MD-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION                            :   16-MC-2704 (PAE)
                                                                    :
*This Document Relates to All Actions*                              :   ORDER NO. 22
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

As the Court directed during this morning's telephone conference, counsel for class plaintiff has submitted an *ex parte* letter identifying witnesses interviewed in connection with the proposed Third Amended Complaint ("TAC") and the dates of such interviews. The letter, however, goes beyond listing the witnesses' names and identifying information. The Court accordingly directs class plaintiff's counsel, forthwith, to publicly file a redacted version of the letter, redacting only the names of the confidential witnesses and any information tending to identify them.

The Court denies class plaintiff's request to further supplement their submissions in support of a TAC, with one exception. The Court will permit class plaintiff's counsel to file publicly any written correspondence or communications with defense counsel, predating February 14, 2018, that disclosed class plaintiff's (1) intention to seek leave to file a Third Amended Complaint that would attempt to revive claims the Court had dismissed or (2) consideration of the possibility of such a filing. For avoidance of doubt, the Court does not authorize an advocacy submission. The Court envisions counsel's filing a transmittal affidavit identifying and attaching such written communications. Any such declaration is due Monday, February 26, 2018.

SO ORDERED.

                                              Paul A. Engelmayer
                                              United States District Judge

Dated: February 23, 2018
       New York, New York