USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
IN RE:                                                              :
                                                                    :       16-MD-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION  :       16-MC-2704 (PAE)
                                                                    :
*This Document Relates to All Actions*                              :       ORDER NO. 30
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

    A monthly status call between the Court and counsel is scheduled for this Friday, May 18, 2018, at 9am. The Court asks that plaintiffs' and defendants' counsel, in the joint letter due prior to that call, each identify a person or persons familiar with and prepared to address the pending discovery dispute regarding telephone records of defendants' employees. The Court is reflecting on possible ways of balancing the parties' interests with respect to that issue. On the call, the Court expects to put questions to counsel about potential practical resolutions of that issue.

    Separately, the Court asks that counsel's status letter briefly update the Court on the status of the earlier discovery dispute with Tradition, which was the subject of a hearing on May 4, 2018. For avoidance of doubt, the Court does not intend to use the ensuing monthly call to take up that issue (beyond possibly seeking a factual amplification on counsel's written update), and the Court does not expect counsel for non-party Tradition to be a party to that call.

    SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 14, 2018
       New York, New York