quinn emanuel trial lawyers | new york



COHEN MILSTEIN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/18
```

June 19, 2018

Via ECF

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *In re: Interest Rate Swaps Antitrust Litigation*, No. 16 MD 2704 (PAE)

Dear Judge Engelmayer:

    We write on behalf of Class Plaintiffs. We intend to file a letter concerning a potential motion that Class Plaintiffs are considering, and respectfully request leave to file a redacted version of the letter on ECF and to file the letter's exhibits under seal. The letter attaches and discusses documents produced by Defendants that have been designated "confidential" and "highly confidential" by Defendants under the parties' stipulated protective order (Doc. No. 300) and therefore must be filed under seal in accordance with Section 9 of the protective order. Consistent with the Court's Individual Rules and Practices in Civil Cases 4.B, we are contemporaneously transmitting to Chambers and defense counsel a copy of the letter with our proposed redactions, as well as the exhibits.

    We also respectfully request that the Court relieve us of the requirement that we include physical signatures—as opposed to electronic signatures—on the letter to be filed under seal.

Respectfully Submitted

/s/ Daniel L. Brockett
Daniel L. Brockett
Quinn Emmanuel Urquhart & Sullivan, LLP

/s/ Michael B. Eisenkraft
Michael B. Eisenkraft
Cohen Milstein Sellers & Toll PLLC

6/20/18

Granted. Consistent with the protective order entered in this case, the Court hereby authorizes Class Plaintiffs to file on the public docket a redacted version of the letter provided to Chambers.

SO ORDERED:

*Paul A. Engelmayer*
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE