```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
IN RE:                                              :
                                                    :      16-MD-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION            :      16-MC-2704 (PAE)
                                                    :
*This Document Relates to All Actions*              :      ORDER NO. 43
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

At the initial conference in this multi-district litigation, held on July 26, 2016, the Court advised counsel of its intention, once discovery commenced, to have a monthly telephone conference with counsel. The Court has held such conferences monthly for the past 10 months.

The Court hereby schedules the eleventh such conference for Thursday, September 20, 2018, at 9 a.m. The Court directs lead counsel for plaintiffs to provide the Court and the defense with a dial-in number for the call. Although other counsel on the case are of course welcome to audit the call, the Court expects that no more than three lawyers per side will participate on the call. The Court directs that, two days prior to the call, counsel submit a brief joint letter summarizing recent developments in the case and identifying the call participants for each side.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: August 16, 2018
       New York, New York