USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE:                                                 :            16-MD-2704 (PAE)
                                                       :            16-MC-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION   :
                                                       :            ORDER NO. 46
*This Document Relates to All Actions*                 :
------------------------------------------------------------------------ X

### ORDER ADDRESSING
### DISCOVERY AND OTHER
### DEADLINES

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' recent correspondence (Dkts. 513-516) containing

requests (1) for an extension of time with respect to the deadline by which defendants are to

produce document discovery relevant to the claims by plaintiff trueEX LLC and (2) for a modest

extension of the deadlines governing fact discovery and class certification.  The Court will

reserve final judgment on these requests pending receipt of defendant's response to plaintiffs'

August 30, 2018 letter (Dkt. 514), which response is due September 7, 2018.

As guidance, the Court notifies counsel that it expects to be receptive both to the request

to extend the deadline for discovery relevant to trueEX, as set forth in defendants' letter of

August 30, 2018 (Dkt. 513) and to a request for a modest adjustment of the broader schedule.

The Court's strongest preference is that counsel for all parties attempt collegially to agree upon

any modification to the schedule.  The Court accordingly urges counsel to use this week to

attempt to reach a global proposal as to these matters.

Pending further order of the Court, the Court extends the substantial completion deadline

as to discovery from defendants relating to trueEx from the present August 31, 2018 to

September 14, 2018.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: September 5, 2018
       New York, New York