```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/19
```

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
IN RE:                                                       :
                                                             :   16-MD-2704 (PAE)
INTEREST RATE SWAPS ANTITRUST LITIGATION  :   16-MC-2704 (PAE)
                                                             :
*This Document Relates to All Actions*                       :   ORDER NO. 63
------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

  The Court approves the FAC e-mailed to the Court yesterday by plaintiffs as consistent with the Court's March 13, 2019 Opinion and Order. Dkt. 735 ("Opinion"). The Court accepts plaintiffs' explanation, Dkt. 744, that the allegations as to the trading of IRSs on Bloomberg, Tradeweb, ICAP, and Tradition during the 2013–2016 period are included as relevant to purposes identified by the Court, *see* Opinion at 64. The Court further accepts plaintiffs' explanation that the inclusion of limited allegations regarding the pre-2013 period is intended solely as background and context for the 2013–2016 allegations and is not an attempt to replead pre-2013 claims.

  The Court also grants plaintiffs' request for leave to file publicly a redacted version of the FAC, insofar as the FAC references materials designated "confidential" and "highly confidential" under the parties' stipulated protective order. Dkt. 300. The Court therefore grants the letter motion pending at Dkt. 744.

  SO ORDERED.

*Paul A. Engelmayer*<br>
Paul A. Engelmayer<br>
United States District Judge

Dated: March 21, 2019
   New York, New York